Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

*MIDDLE* District of *FLORIDA*

*JACKSONVILLE* Division

|  |  |
|---|---|
| Robert C. Mencner | Case No. 3:23-cv-157-HES-PDB |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| Jacksonville Sherriffs OFFICE | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.



Name                                    ROBERT C. MENCNER
All other names by which
you have been known:                    BOBBY
ID Number                               #2022 033408
Current Institution                     MONTGOMERY CORRECTIONAL CENTER
Address                                 7929 LANNIE Rd.
                                        Jacksonville    FL.    32218
                                           City          State      Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                                    B.C. Kelley
Job or Title *(if known)*               PATROL OFFICER
Shield Number                           #8394 9
Employer                                Jacksonville Sheriffs OFFICE
Address                                 500 East Adams St
                                        Jacksonville   FL   32210
                                           City          State      Zip Code



[X] Individual capacity     [X] Official capacity

Defendant No. 2
Name                                    Holiday
Job or Title *(if known)*               Booking Officer
Shield Number                           2022 72859 JSO#494725
Employer                                Jacksonville Sherriffs office
Address                                 500 EAST ADAMS St.
                                        Jacksonville   FL   32210
                                           City          State      Zip Code



[X] Individual capacity     [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

*Medical Nurse*

*Montgomery Correctional Center*
*2147 LANNIE Rd*
*Jacksonville FL 32218*
        *City*      *State*      *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

        *City*      *State*      *Zip Code*

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Due Process, Medical Mal-practice, human Safety*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See ATTATCHED counts of alleged violations

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Count #1 Arose in Baldwin, FL. Highway 301

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Counts #2 Arose Jax., Sherriffsffs office PDF
Counts #3 AROSE in Medical unit At Montgomery
Corrections Center

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

Dec 22, 2022    10:45 AM

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS Acosted For third occasion in that week By Group of Locals, tried to hit me with trucks, physiclly grabbed me, And 3 times Pulled a SILVER Colored Auto-matic pistol and pointed in my Face. See ATTACHED Description

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained Broken oR seperated Ribs From Count #2 I recieved a hernia and reinjured Same Ribs from Count #3 And nearly caused my Death from premature treatment of illness I never HAD.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT IMMEDIATE Release and charges dropped and $170 per day of encarceration, I want all medical expenses of hernia repair, pain + suffering from Count #2 and #3 I'd like to recieve $500,000, FoR Mental Anguish of Nearly Dying from false diagnosed illness & treatment from LPN nurse, Not A Doctor.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

The alleged incident in Count #2 & Count 3. attached

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Both medical claim and Professional misconduct

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Montgomery Corrections Center    Jax., FL.

2.    What did you claim in your grievance?

Same as attached Counts #1, 2, 3

3.    What was the result, if any?

"to contact my lawyer"

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed all grievances all the way exausted

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

took grievance process till exausted + Nothing resolved

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        2/4/23

Signature of Plaintiff        *Robt C. Mencner*

Printed Name of Plaintiff    ROBERT C. MENCNER

Prison Identification #      #00220234408

Prison Address              500 East Adams St.

Jacksonville          FL          32210

City                        State          Zip Code

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Address                     _____

City                        State          Zip Code

Telephone Number            904 - 505 - 9881

E-mail Address              ChristeenaM1@ AOL.Com

# Count: #4

ON Dec 22, 2022 at Approximately 11 AM.
I Robert C. Mencner #202203408, was
WAIKING NORTH Bound side of Highway 301
toward Beaver St. in Baldwin, FL. I was
chased & Acosted by same group of
4x4 trucks & vans who seemed to rule
the the whole town, over EVEN the
JSO OFFICER who joined in there
chase. Me, Being tired of the constant
harrasment & threats to leave town,
stopped and turned to defend myself.
the over weight man with BLACK cheverolet
4x4 who chased & threatened & tried
to hit me with truck 3 times that
week, again pulled out Automatic pistol
silver in color and appeared to be square
on my viewing End of barrell. We were
standing on Rail Road property & Rail road
authorities had not been notified so
JSO OFFICER Had no Authority to Enter
Rail road property, yet he did. Ran Right
by man WEILDING GUN in my face
as If they were Friends And grabbed
me forcing me to cuff up & Arrested
me not reading my rights at all till
30 minutes After the second OFFICER
ARRIVED & Reminded him to do so.

He neglected to ask the the man holding firearm anything about the gun or conceled permit or why he was chasing me all week long committing multiple aggravated assaults with Fire Arms & multiple assaults with vehicles. he showed me a picture of "Jody" on his computer who clearly is a spitting image of me some where else, & pictures of me looking at t.v. & things placed on display behind hotel, where they had Thomas Werner ask me to come "see" what was back there behind hotel, Across town from alleged crime scene & who knows how many days or weeks later, they were sitting at Gas station & Filmed me looking At Items, But the officer Refused to Rewind footage of who placed Items there to start with or he'd seen I didn't have anything to do with it. He also Refused to have line-up done my nemesis "Jody" included as well. violated my due process under constitution of united states, Not partly but completely fabricated and caused me a loss of freedom from Dec. 22, 2023... to DATE.

# Counts #2

On Dec 22, 2022.... UPon being booked into Jacksonvilles Sherriffs OFFICE Jail, I was Immediately hollered at by staff male werring pink framed square glasses in booking for reading what I was sighning. he put me in cell told me my pin # would work later - so no fone call made at booking level. I was in Nurses AREA when him + other officer that took prints acosted me cuffed me back-up and walked to the elevator + to self-harm unit saying I was self-harm + I was never self-harm or said anything about it, they broke protocol by putting me in any cell with any other inmate being harm to themself or other. I was placed In cell naked with 6 foot 6" monster who woke me up + attacked me as soon a he awoke and saw me there, they let fight go on 5 minutes before popping door in self harm unit were officer is present 24 hours a day, so Apparently he allowed the beating to occur in FavoR of the patrol officeR, 48 hours later

was moved to Administrative Segregation
and still no fone call or shower. It was
3 weeks later before getting out of
cell for shower of fone call, and
still voice verification failed to let
me use the fone but once in
three weeks. ALL this can be easily
verified by camera and greivance
history + tablet request history.

Count #3

On January 14 Approximately 5 pm. I finally convinced male officer on duty in F2 building, to take me to medical after I exhausted multiple sickcalls & greivances to have a open sore on my penus treated. Subsequently the nurse on duty claimed I had Syphyllis with out testing blood or having a doctor look at me. I ademately told her I'd been encarcerated nearly 2 months I could no way possibly have syphillis without knowing it was present much earlier on. I told her it was a spider bite from the beginning. she then treated me for Syphyllis with no Bloodwork or physician looking at me, Causing an allergic Reaction & shut down Kidney and Caused violent shivering to point I reinjured my seperated Rib from Count #2 incident, and a new hernia perferated abdomin a little above groin AREA and right hand side, Causing me great discomfort & left me week & defensless in a prison setting with no pain meds.